

Donna KING [1], Respondent
Below, Appellant,

v.

DIVISION OF FAMILY SERVICES, et
al., Petitioners Below, Appellees.

No. 402, 2016

Supreme Court of Delaware.

Submitted: February 8, 2017

Decided: February 22, 2017

Court Below: Family Court of the State
of Delaware, File No. 16–05–01TS, Petition
No. 16–13751

AFFIRMED.

Franklin BROWN, Plaintiff
Below, Appellant,

v.

RITE AID CORPORATION, Defendant
Below, Appellee.

No. 438, 2016

Supreme Court of Delaware.

Submitted: February 22, 2017

Decided: February 23, 2017

Court Below: Court of Chancery of the
State of Delaware, C.A. No. 11596–VCL

AFFIRMED.

IN RE: ESTATE OF Bennie
P. FARREN

Patricia A. McGlaughlin, as Successor
Trustee of the Hercules Living Trust
and Beneficiary of the Hercules Liv-
ing Trust, Petitioner Below, Appel-
lant,

v.

Andrew P. Farren, as Executor of the
Estate of Bennie P. Farren under the
Will of Bennie P. Farren, and in his
individual capacity, Respondent Be-
low, Appellee.

No. 411, 2016

Supreme Court of Delaware.

Submitted: February 15, 2017

Decided: February 23, 2017

AFFIRMED.

1. By Order dated August 8, 2016, the Court
assigned a pseudonym to the appellant. Del.
Supr. Ct. R. 7(d).